**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN SIMONI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>     v.<br><br>ASURION WARRANTY SERVICES, INC., ASURION WARRANTY PROTECTION SERVICES, LLC, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Civil Action No. 3: 21-cv-04311-FLW-DEA<br><br><br>  **STIPULATION OF DISMISSAL**<br>    **WITH PREJUDICE** |

**WHEREAS**, Plaintiff and Defendants have resolved all claims between them asserted in this action;

**NOW THEREFORE**, the parties hereto, acting through their counsel, agree and stipulate, as follows:

1. Plaintiff hereby voluntarily dismisses with prejudice and without costs all claims asserted against Defendants.

**STIPULATED AND AGREED:**

**GREENBERG TRAURIG, LLP**

By: */s/ Philip R. Sellinger*
   Philip R. Sellinger
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
*Attorneys for Defendants*
*Cellco Partnership d/b/a Verizon Wireless,*
*Asurion Warranty Services, Inc., and*

**SIMONI CONSUMERS**
**CLASS ACTION LAW OFFICES**


By: /s/ Stephen Simoni_____
   Stephen Simoni
30B Vreeland Road, Suite 100
Florham Park, NJ 07932
*Attorneys for Plaintiff*

13

*Asurion Warranty Protection Services, LLC*

Dated:  May 5, 2021